# **Exhibit B**

## Jason Zweig

| | |
|---|---|
| **From:** | Josef Cooper <jdc@coopkirk.com> |
| **Sent:** | Thursday, June 11, 2015 7:54 PM |
| **To:** | Jason Zweig |
| **Cc:** | Francis Scarpulla; Dan Hedlund; Steve Williams; William Audet; Jeffrey B. Gittleman; Bruckner, W. Joseph; Odette, Elizabeth R.; Jonas Mann |
| **Subject:** | TRUCK HEATERS |

Jason  --

Counsel in the indirect purchaser actions other than yours have reached agreement on an organizational structure we intend to propose to the court tomorrow.   Essentially, it provides for a committee of the whole, chaired by Fran and me, with work assignments to be spread around.   We would like for your firm to participate.   Please advise me if you will join.

Joe

Josef D. Cooper
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: 415-788-3030, Ext. 305
Facsimile: 415-882-7040
e-mail: jdc@coopkirk.com