**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PARKING HEATERS ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*All Cases* | No. 15-MC-940 (JG) (JO) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 18, 2015 Scheduling Order, the undersigned hereby submit

this Joint Status Report.

**I.      Cases Pending and Consolidated for Purposes of Pre-trial Discovery**

The following related cases have been filed and, pursuant to the Court's May 27, 2015

Order,[1] are consolidated for pre-trial discovery in the above-captioned matter:

**A.  Direct Purchaser Actions**

- *Triple Cities Acquisition LLC v. Espar, Inc. and Espar Products Inc.*, No. 15-cv-1343 ("*Triple Cities*");

- *National Trucking Financial Reclamation Services v. Espar, Inc., Espar North America, Inc. and Espar Products Inc.,* No. 15-cv-2310 ("*National Trucking*");

- *Trailer Craft Inc. v. Espar, Inc., Espar Products, Inc., Webasto Products North America, Inc. and Webasto Thermo & Comfort North America, Inc.,* No. 15-cv-2411 ("*Trailer Craft*");

- *Guay Brothers Co. v. Espar, Inc., Espar Products Inc., John E. Bishop, Volker Hohensee, Webasto Products North America, Inc. and Webasto Thermo & Comfort North America, Inc., No. 15-cv-3225 ("Guay Brothers*);

- *Myers Equipment Corp. v. Espar, Inc., Espar Products Inc., Webasto Products North America, Inc. and Webasto Thermo & Comfort North America, Inc.,* No. 15-cv-3872 ("*Myers Equipment*"); and

- *Advance Diesel Service v. Espar Inc., Espar Products, Inc., Webasto Products North America, Inc., Webasto Thermo & Comfort North America, Inc., Marine Canada Acquisition Inc.*

---

[1] ECF No. 28, *Raccoon Valley,* No. 15-cv-1338; ECF No. 28, *Triple Cities*, No. 15-cv-1343; ECF No. 24, *Regional International*, No. 15-cv-1798; ECF No. 19, *National Trucking*, No. 15-cv-2310; ECF No. 19, *Trailer Craft*, No. 15-cv-2411; and *Advance Diesel*, No. 15-cv-04350.

*d/b/a/ Seastar Solutions, Proheat Mechanical Systems Inc., and Proheat Canada,* No. 15-cv-04350 *("Advanced Diesel").*

## B. Indirect Purchaser Actions

- *Raccoon Valley Transport, Inc. and Audrius Labaciauskas v. Espar, Inc.,* No. 15-cv-1338 ("*Raccoon Valley*");

- *Regional International Corp. and Mead's Automotive v. Espar, Inc.*, No. 15-cv-1798 ("*Regional International*");

- *Davidson Transfer, LLC v. Espar, Inc. and Espar Products, Inc.*, No. 15-cv-3005 ("*Davidson*");

- *Thomas Johnson and Jim Steger v. Espar, Inc.*, No. 15-cv-3174; and

- *North Jersey Truck Ctr., Inc. v. Espar, Inc. and Espar Products, Inc.*, No. 15-cv-3290 ("*North Jersey Truck*").

Defendants named in one or more of these actions include Espar, Inc., Espar Products Inc., Espar North America, Inc. (collectively, "the Espar Defendants"), Webasto Products North America, Inc., Webasto Thermo & Comfort North America, Inc. (collectively, "the Webasto Defendants"), former Espar executives Volker Hohensee and John E. Bishop, Marine Canada Acquisition Inc. d/b/a/ Seastar Solutions, Proheat Mechanical Systems Inc., and Proheat Canada (collectively "Proheat Defendants").[2]

## II. Leadership

On August 11, 2015, the Court appointed Hausfeld LLP ("Hausfeld") and Roberts Law Firm, P.A. ("Roberts") co-lead interim counsel for the direct purchaser class, and the Law Offices of Francis O. Scarpulla and Cooper & Kirkham co-lead interim counsel for the indirect purchaser class,

---

[2] Complaints naming Espar entities only include: *Raccoon Valley, Regional International Corp., Davidson Transfer, LLC, Johnson, North Jersey Truck Center, Triple Cities Acquisition,* and *National Trucking.* Complaints naming Webasto entities, in addition to Espar entities, include: *Trailer Craft, Inc., Guay Brothers, Myers Equipment Corporation* and *Advance Diesel Services.* In addition to Webasto and Espar entities, *Guay Brothers* named the two former Espar executives and *Advance Diesel* named the Proheat entities.

with Steven Williams of Cotchett, Pitre & McCarthy, LLP as liaison counsel for the indirect

purchaser class.

### III.    Case Management and Protective Orders

The parties have been communicating and exchanging drafts of orders addressing

preliminary and scheduling matters. It is anticipated that the Parties will submit a proposed Case

Management Order and a proposed Protective Order, or, if the Parties are unable to reach

agreement, a report briefly setting forth their positions and the reasons therefore regarding

provisions on which they could not reach agreement as to the Case Management Order and

Protective Order, no later than October 14, 2015 and October 28, 2015, respectively.

Dated: October 5, 2015                              Respectfully submitted,

| | |
|---|---|
| /s/ Bonny E. Sweeney | /s/ Michael L. Roberts |
| Bonny E. Sweeney | Michael L. Roberts |
| HAUSFELD LLP | Debra G. Josephson |
| 600 Montgomery Street, Suite 3200 | Stephanie E. Smith |
| San Francisco, CA 94111 | ROBERTS LAW FIRM, P.A. |
| Telephone: (415) 633-1908 | 20 Rahling Circle |
| Facsimile: (415) 358-4980 | Little Rock, AR 72223 |
| Email: bsweeney@hausfeld.com | Telephone: (501) 476-7391 |
| | Facsimile: (501) 821-4474 |
| Michael D. Hausfeld | Email: |
| Seth R. Gassman | mikeroberts@robertslawfirm.us |
| Jeannine M. Kenney | stephaniesmith@robertslawfirm.us |
| HAUSFELD LLP | debrajosephson@robertslawfirm.us |
| 1700 K St. NW, Suite 650 | |
| Washington, D.C. 20006 | |
| Telephone: (202) 540-7200 | |
| Facsimile: (202) 540-7201 | |
| Email: mhausfeld@hausfeld.com | |
| sgassman@hausfeld.com | |
| jkenney@hausfeld.com | |
| | |
| *Co-Lead Interim Counsel for the Direct Purchaser Class* | |
| s/ Francis O. Scarpulla | s/ Josef D. Cooper |
| Francis O. Scarpulla | Josef D. Cooper (pro hac vice) |
| Patrick Clayton | Tracy R. Kirkham (pro hac vice) |

3

| | |
|---|---|
| LAW OFFICES OF FRANCIS O. SCARPULLA<br>456 Montgomery Street<br>17th Floor<br>San Francisco , CA 94104<br>Telephone: (415)788-7210<br>E-mail: fos@scarpullalaw.com | John D. Bogdanov (pro hac vice)<br>COOPER & KIRKHAM, P.C.<br>357 Tehama Street, Second Floor<br>San Francisco, CA  94103<br>Telephone: (415) 788-3030<br>Facsimile: (415) 882-7040<br>E-mail:  jdc@coopkirk.com<br>trk@coopkirk.com<br>jdb@coopkirk.com |

*Co-Lead Interim Counsel for the Indirect Purchaser Class*

Steven N. Williams
Alexander E. Barnett
COTCHETT, PITRE & MCCARTHY, LLP
40 Worth Street, 10th Floor
New York, NY 10013
Telephone:: (212) 201-6820
Facsimile: (646) 219-6678
E-mail: swilliams@cpmlegal.com
abarnett@cpmlegal.com

*Liaison Counsel for the Indirect Purchaser Class*

| | |
|---|---|
| /s/  Andrew J. Frackman<br>Andrew J. Frackman<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2017<br>Facsimile: (212) 326-2061<br>Email: afrackman@omm.com<br><br>Michael Tubach<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8876<br>Facsimile: 415-984-8701<br>Email: mtubach@omm.com<br><br><br>*Counsel for Espar Inc., Espar Products, Inc., and Espar North America, Inc.* | /s/  John Clayton Everett<br>John Clayton Everett<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 739-3000<br>Facsimile: 202-739-3001<br>Email: jeverett@morganlewis.com<br><br><br>*Counsel for Defendants Webasto Products North America, Inc., and Webasto Thermo & Comfort North America, Inc.* |

_/s/ William J. Kelly_
William J. Kelly
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1133 Westchester Avenue
White Plains, NY 10604
Telephone: (914) 323-7000
Facsimile: (914) 323-7001
Email: william.kelly@wilsonelser.com

_Counsel for Defendants Marine Canada Acquisition Inc. d/b/a/ Seastar Solutions,
Proheat Mechanical Systems Inc., and Proheat Canada_