UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: PARKING HEATERS ANTITRUST
LITIGATION
THIS DOCUMENT RELATES TO:
All Direct Purchaser Plaintiffs Actions in
15-cv-01343 (DLI) (RER)
15-cv-02310 (DLI) (RER)
15-cv-02411 (DLI) (RER)
15-cv-03872 (DLI) (RER)

                                                    JUDGMENT
                                                    15-mc-00940 (DLI) (JO)


-------------------------------------------------------------X

      An Order of the Honorable Dora L. Irizarry, United States District Judge, having been

filed on December 30, 2020, directing the Clerk of Court to enter judgment of dismissal with

prejudice as to Defendants in the DPP actions with the case numbers 15-cv-01343, 15-cv-02310,

15-cv-02411, and 15-cv-03872; it is

      ORDERED and ADJUDGED that the Settlements, and each and every definition, term,

and provision thereof, shall be deemed incorporated herein as if explicitly set forth herein and

shall have the full force and effect of an order of this Court. 2. The Court has jurisdiction over

the subject matter of this litigation and all actions within this litigation, and over the parties to the

Settlement Agreements, including all members of the Settlement Class and Defendants.3. The

Court finds, pursuant to Federal Rules of Civil Procedure 54(a) and (b), that Final Judgment of

dismissal should be entered and further finds that there is no just reason for delay in the entry of

this Judgment, as a Final Judgment, as to the parties to the Settlement Agreements; and

that  Defendants are to bear their own costs and attorneys' fees except as provided in the

Settlement Agreements and in the Approval Order.

Dated: Brooklyn, New York           Douglas C. Palmer
      January 4, 2021            Clerk of Court

                                        By:     /s/Jalitza Poveda

Deputy Clerk